JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID GAMEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REPUBLIC WASTE SERVICES OF SOUTHERN CALIFORNIA, LLC, WILLIAM GABRIEL, an individual, and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 8:15-CV-00294-JVS (DFM)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. James V. Selna |

WHEREAS, based upon the stipulation of counsel, and sufficient cause appearing;

IT IS that this action is dismissed with prejudice against all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED this 17th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
(No. 8:15-CV-00294-JVS (DFMx))

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL WITH PREJUDICE
(No. 8:15-CV-00294-JVS (DFMx))

2

22709908.1